Argued and submitted November 18, 1996, affirmed April 30, 1997

STATE OF OREGON,
*Respondent,*

*v.*

AMBROSE CALCAGNO, JR.,
*Appellant.*

(Q9406940T; CA A90197)

938 P2d 809

John Henry Hingson III argued the cause and filed the brief for appellant.

Douglas F. Zier, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Affirmed. *State v. Chambers*, 147 Or App 626, 938 P2d 793 (1997).